DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EMILIO NUNEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3676

[February 15, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael I. Rothschild, Judge; L.T. Case No. 93-3875 CF10A.

Emilio Nunez, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***